April 22, 2022

Hon. Valerie Caproni
United States District Judge
United States District Court
40 Foley Square
Southern District of New York
New York, NY 10007

                         Re:  *DEFENDANT AME & RAY Co LLC'S MOTION TO DISMISS PLAINTIFF TANGLE, INC.'S COMPLAINT FOR FAILURE TO STATE A CLAIM (Case No.:  1:22-cv-02350-VEC)*

Hon. Vaerie Caproni:

       DEFENDANT AME & RAY CO LLC ("Defendant"), by and through its counsel Robert M. DeWitty, hereby moves this Court to dismiss the instant action on the basis of Plaintiff failing to state a claim against Defendant.

       Specifically, as supported by the attached supporting Memorandum, Declaration, and Exhibits, Plaintiff has failed to provide any evidence specific to defendant of the misappropriation of Plaintiff's copyrighted works and registered trademarks.  Even following repeated requests for information, Plaintiff's counsel has not provided any evidence or information.  The lack of support for the allegations fails to satisfy the *prima facie* standards required for trademark infringement and copyright infringement.

Defendant requests this Court to dismiss the present action against him.

Date:   April 22, 2022                              Respectfully Submitted:

_____
Robert DeWitty
Appearing *Pro Hac Vice*
Attorney, Defendant AME & RAY Co LLC

700 12th Street, Ste. 700
PMB 97684
Washington, D.C. 20005

ENCLOSURES.