UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
TANGLE INC.,                              :
                                          :
                              Plaintiff,  :
                                          :
        -against-                         :
                                          :
                                          :
THE INDIVIDUALS, CORPORATIONS,            :
LIMITED LIABILITY COMPANIES,              :
PARTNERSHIPS, AND UNINCORPORATED          :
ASSOCIATIONS IDENTIFIED ON SCHEDULE       :
A HERETO,                                 :
                                          :
                              Defendants. :
------------------------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:___5/21/22____ |

22-CV-2350 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

      WHEREAS on May 17, 2022, Plaintiff Tangle Inc. and Defendant Shenzhen Baliang Keji Co., LTD consented to proceed before Magistrate Judge Cott, *see* Proposed Order, Dkt. 49;

      WHEREAS the Court entered an order referring the parties to Judge Cott for all proceedings and the entry of a final judgment, Dkt. 50; and

      WHEREAS that order should pertain only to Plaintiff and Defendant Shenzhen Baliang Keji Co., LTD, and not any other Defendants;

      IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to reassign the case to the Undersigned as to all Defendants other than Defendant Shenzhen Baliang Keji Co., LTD.

      IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to sever the case against Defendant Shenzhen Baliang Keji Co., LTD without any requirement of a filing fee, and to re-docket the documents at Dockets 1–50 in the new action.

**SO ORDERED.**

**Date:  May 21, 2022**
         **New York, New York**

                                                  **VALERIE CAPRONI**
                                  **United States District Judge**