**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    6/7/22
```

UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

TANGLE INC.,

    Plaintiff,        Case No. 22-cv-02350

v.

eiaagi              Judge James L. Cott

    Defendant

---

**Defendant eiaagi's Motion to Withdraw its Motion to Dismiss Plaintiff's Complaint**

As Defendant and Plaintiff have reached a settlement agreement, Defendant eiaagi, by itself, respectfully withdraws its Motion to Dismiss Plaintiff's Complaint[DKT.59]. Defendant thanks the Court for the time and attention to this matter.

Dated: June 4, 2022
Respectfully submitted

/s/刘翠华（Liu Cui Hua)
Operator of the store eiaagi
Email:lovepurchaser@163.com
3012, building 11, Jinqiao garden, Longhua District, Shenzhen, China
131-1124-2536

**Pro Se litigant**

---

Defendant eiaagi's pending motion to dismiss is hereby DENIED as moot. The Clerk of Court is respectfully directed to close the open motions at Dockets 59 and 62.
SO ORDERED.

*[signature]* 6/7/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE