UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TANGLE INC.,

                           Plaintiff,

        -against-

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE
A HERETO,

                           Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/7/22

22-CV-2350 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the Court held a default judgment hearing on July 7, 2022; and

    WHEREAS none of the Defendants appeared at that hearing;

    IT IS HEREBY ORDERED that default judgment is granted as to the Defendants identified in the Second Amended Schedule A.  *See* Dkt. 69-1.

    IT IS FURTHER ORDERED that Plaintiff must file proposed default judgment orders on an individual basis not later than **July 21, 2022**.  For the reasons discussed on the record at the default judgment hearing, should Plaintiff seek more than statutory damages of $50,000 as to any individual Defendant, Plaintiff must file supporting papers indicating a basis to grant more than $50,000 in damages for such merchants.

**SO ORDERED.**

Date: July 7, 2022
       New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**